**STRANGE & CARPENTER**
ATTORNEYS AT LAW
12100 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90025
TELEPHONE (310) 207-5055
FACSIMILE (310) 826-3210

FILE NO. _____         March 13, 2014         lacounsel@earthlink.net
www.strangeandcarpenter.com

**VIA ECF AND HAND DELIVERY**

The Honorable Katherine B. Forrest
United States District Court for the Southern District of New York
500 South Pearl Street, Room 1950
New York, NY 10007

       Re:     **_In re: Aluminum Warehousing Antitrust Litigation (13 MD 2481 (KBF))_**

Dear Judge Forrest:

     In accordance with Rule 2(C) of the Court's Individual Practices in Civil Cases, please find enclosed a courtesy copy of the following papers, which were manually filed with the Court on March 12, 2014:

| ECF | Title |
| --- | --- |
|     | Consolidated Amended Class Action Complaint for Consumer End-User Cases |

                             Respectfully,

                             Brian R. Strange
                             Keith Butler
                             STRANGE & CARPENTER
                             *Counsel for Plaintiff David Kohlenberg*

                             Douglas G. Thompson
                             Michael G. McLellan
                             Eugene J. Benick
                             FINKELSTEIN THOMPSON LLP
                             *Counsel for Plaintiffs Daniel Javorsky and Brick Pizzeria*
                             *LLC*

cc: Counsel of Record

Enclosure.